UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN THONGSTISUBSKUL, individually and on behalf of all others similarly situtated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A., and CAPITAL ONE, N.A.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 20-CV-1306 JLS (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 13) |

　　　Presently before the Court is the Parties' Joint Motion to Dismiss with Prejudice (ECF No. 13). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE** the action as to the named Plaintiff and **WITHOUT PREJUDICE** as to the putative class, with each Party to bear his or its own costs and attorney's fees. The Clerk of Court will close the file.

　　　**IT IS SO ORDERED.**

Dated: February 25, 2021

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　United States District Judge